NUMBER 13-07-016-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: GOLDEN CORRAL CORPORATION

 


On Petition for Writ of Mandamus and 

Motion for Emergency Temporary Relief 


MEMORANDUM OPINION
 


Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam
 

 On January 11, 2007, relator, Golden Corral Corporation, filed a petition for writ of
mandamus with this Court in which they allege that on November 15, 2006, the
respondent, the Honorable Arnoldo Cantu, Jr., Presiding Judge of the County Court at Law
No. 5 in Hidalgo County, Texas, abused his discretion by denying relator's motion to
compel arbitration and motion to stay litigation proceedings. 

 Relator's petition for writ of mandamus asks this Court to order the respondent to
vacate the November 15, 2006 order, and enter an order compelling arbitration between
relator, Golden Corral Corporation, and real party in interest, Pablo De La Rosa, and to
stay litigation proceedings.

 Having examined and fully considered the petition for writ of mandamus and the
response of the real parties in interest, this Court is of the opinion that the relator has not
shown itself entitled to the relief sought. See Tex. R. App. P. 52.8(a).

 The petition for writ of mandamus is DENIED. 

 PER CURIAM

 

Memorandum Opinion delivered and

filed this the 15th day of February, 2007.